McGREGOR W. SCOTT
United States Attorney
STEPHEN S. CODY
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:19-po-00234-EFB |
| | ) | |
| Plaintiff, | ) | [~~Proposed~~] ORDER TO DISMISS AND |
| | ) | RECALL BENCH WARRANT |
| v. | ) | |
| | ) | DATE:  September 10, 2019 |
| OMA REED, | ) | TIME:  9:00 a.m. |
| | ) | JUDGE: Hon. Edmund F. Brennan |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:19-po-00234-EFB without prejudice is GRANTED.

It is further ordered that the bench warrant issued on September 10, 2019 is recalled.


IT IS SO ORDERED.

Dated: September 16, 2019

_HON. Edmund F. Brennan_

United States Magistrate Judge